1
2
3                    **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**
4
5       **UNITED STATES OF AMERICA,**
6                    **Plaintiff,**                      **Case No.  CR05-5282**
7              **v.**                                     **INITIAL ORDER RE: ALLEGATIONS**
                                                          **OF VIOLATION OF CONDITIONS**
8       **SEAN P KING,**                                  **OF SUPERVISION BY UNITED**
                                                          **STATES PROBATION OFFICE**
9                    **Defendant.**
10
11
12      **THIS MATTER comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.**
13
        **The plaintiff appears through Special/Assistant United States Attorney, BARBARA SIEVERS;**
14      **The defendant appears personally and represented by counsel, ROGERS WILSON;**

15      **The Court having advised the defendant of the allegations in the Petition(s) filed by the U.S. Probation Office; the defendant having been advised of the  maximum potential sanction if the allegation(s) is/are**
16      **substantiated; and the court finding probable cause with regard to the alleged violation(s);**

17      **The matter is scheduled for hearing  before the Honorable J. K. ARNOLD**

18                   **Date:        SEPTEMBER 11, 2007**

19                   **Time:        2:00 P.M.**

20      **(X ) Defendant is released pending the above scheduled hearing, SUBJECT TO FULL COMPLIANCE with all the conditions of probation.**

21
        **(  )   Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any**
22      **other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.    .**

23
        **The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant,**
24      **the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

25                                              **August 10, 2007.**

26
                                                 _/s/ J. Kelley Arnold_____
27                                               **J. Kelley Arnold, U.S. Magistrate Judge**

28

ORDER
Page - 1